```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br> Plaintiffs, <br><br> vs. <br> PAUL MCGOLDRICK, et al., <br><br> Defendant. | NO.  C 08 3434 JCS <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for December 5, 2008 be continued to January 9, 2009 at 1:30 p.m. in Courtroom A, 15th Floor, San Francisco, CA.

Dated: 12/01/08

_____
Magistrate Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE