LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

November 3, 2009

Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Board of Trustees of the Sheet Metal Workers, et al.
     vs. Paul McGoldrick, etc.
     United States District Court, Action No. C 08 3434 JCS

Dear Judge Spero:

This case is set for an Order of Examination on November 5, 2009.

Defendant has proposed a payment plan for the balance which is acceptable to the plaintiff.

We request that the Order of Examination be taken off calendar.

Yours very truly,

Michael J. Carroll

MJC/se

cc:  Paul McGoldrick

Dated: 11/4/9



IT IS SO ORDERED
Judge Joseph C. Spero