```
1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 121
3   Sausalito, CA 94965
    Telephone:  (415) 729-9006
4
    Attorneys for Plaintiffs
5
```
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 08 3434 JCS |
| Plaintiffs, | (~~Proposed~~) ORDER OF EXAMINATION |
| vs. | |
| PAUL McGOLDRICK, etc., | |
| Defendant. | |

To: Paul McGoldrick, Judgment Debtor
    dba Penn Air Control Inc San Francisco
    537 Amber Way
    Petaluma, CA 94952

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on Friday, April 29, 2011 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, CA 94102, before the Magistrate Judge Joseph C. Spero then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

   2. Copies of all real property and personal property leases wherein debtor is a party;

   3. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

   4. All bank statements, deposit slips and canceled checks for all accounts for October 2010 to present;

   5. The last tax return filed with the Franchise Tax Board;

   NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: March 18, 2011

_____
Magistrate Joseph C. Spero



ORDER OF EXAMINATION    2