# ERSKINE & TULLEY

A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 315
SAN FRANCISCO, CA 94104
PHONE: (415) 392-5431 FAX (415) 392-1978

PLEASE REPLY TO: 3030 BRIDGEWAY, SUITE 121
SAUSALITO, CA 94965
PHONE: (415) 729-9006
FAX: (415) 729-9023
e-mail: mjcarrll@pacbell.net

April 28, 2011

Ms. Karen Hom, Court Deputy for the
 Honorable Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Board of Trustees of the Sheet Metal Workers, et al.
    vs. Paul McGoldrick, etc.
    Case No. C 08 3434 JCS

Dear Ms. Hom:

This letter will confirm our communication this week.

I request that the Order of Examination of Paul McGoldrick set for April 29, 2011 go off calendar. The parties have met informally and no new date is needed at this time.

Thank you for your help in this matter.

Yours very truly,
   /s/

Michael J. Carroll        Dated: April 29, 2011

MJC/da



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA